UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| v. | : | Case Nos. | 3:02 CR 256 (CFD) |
| | : | | 3:02 CR 257 (CFD) |
| CURTIS MAYO | : | | |

### ORDER

Defendant Curtis Mayo was sentenced by this Court on October 23, 2003 to a term of 168 months' imprisonment for conspiracy to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii), and 846, in case number 3:02 CR 256 (CFD). On the same day, the Court sentenced Mayo to a concurrent term of 168 months' imprisonment for conspiracy to distribute PCP, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(iv), and 846, in case number 3:02 CR 257 (CFD). Mayo proceeded to appeal both sentences to the United States Court of Appeals for the Second Circuit. On September 22, 2005, the Second Circuit remanded Mayo's appeal, and directed the Court to determine whether Mayo should be resentenced in light of the recent decisions in United States v. Booker, 125 S. Ct. 738 (2005), and United States v. Crosby, 397 F.3d 103 (2d Cir. 2005).

In order properly to evaluate whether resentencing is warranted in this case, it is **ORDERED** that the parties submit briefs in both cases regarding whether the Court should have imposed a nontrivially different sentence if it had understood sentencing law as explained by the Supreme Court in Booker. The defendant may also decline to be resentenced; such an election should be made clear in his written submission. The defendant's briefs should be submitted no later than **5:00 p.m.** on **January 6, 2006**. The Government will then have ten (10) days from the

date of the defendant's submission in which to file its reply briefs.

    SO ORDERED this _12th_ day of December 2005, at Hartford, Connecticut.


    ___/s/ CFD_____
    **CHRISTOPHER F. DRONEY**
    **UNITED STATES DISTRICT JUDGE**