UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR256 (CFD)<br>3:02CR257 (CFD) |
| CURTIS MAYO | : | JANUARY 4, 2006 |

**MOTION FOR EXTENSION OF TIME TO FILE BRIEFS**

The defendant, **CURTIS MAYO**, through his undersigned counsel, respectfully requests that the time for the filing of a defense brief regarding whether the Court should have imposed a nontrivially different sentence if it had understood sentencing law as explained by the Supreme Court in Booker, should be extended. Undersigned counsel is a solo practitioner with no associates and a part time secretary. Counsel is requesting an extension of time until January 12, 2006, to file his brief.

Assistant U. S. Attorney Raymond F. Miller does not oppose the granting of this request.

WHEREFORE, the undersigned respectfully requests an extension until January 12, 2006.

DEFENDANT, CURTIS MAYO


By:_____
    Richard S. Cramer
    449 Silas Deane Highway
    Wethersfield, CT 06109
    Tel. (860) 257-3500
    Federal Bar No. ct00016
    Email: cramer@snet.net