

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 JAN -6 P 4: 44

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR256 (CFD)<br>3:02CR257 (CFD) |
| CURTIS MAYO | : | JANUARY 4, 2006 |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEFS

The defendant, **CURTIS MAYO**, through his undersigned counsel, respectfully requests that the time for the filing of a defense brief regarding whether the Court should have imposed a nontrivially different sentence if it had understood sentencing law as explained by the Supreme Court in <u>Booker</u>, should be extended. Undersigned counsel is a solo practitioner with no associates and a part time secretary. Counsel is requesting an extension of time until January 12, 2006, to file his brief.

Assistant U. S. Attorney Raymond F. Miller does not oppose the granting of this request.

WHEREFORE, the undersigned respectfully requests an extension until January 12, 2006.

[Handwritten annotation: Granted. So ordered. 1/9/06]