

D.Conn.(HARTFORD)
02-cr-257
Droney, J.

FILED
2006 AUG 21 A

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 22nd day of September, two thousand and five,

Present:
    Hon. Richard J. Cardamone,
    Hon. Joseph M. McLaughlin,
    Hon. Rosemary S. Pooler,
        *Circuit Judges.*

United States of America,

        Appellee,

    v.

Curtis Mayo, also known as Cupcake, also known as Cool-City, and Jack Williams,

        Defendants-Appellants,

Corey Jenkins, Michael Ledbetter, also known as Buck, and Rudolph Otero, also known as Rudy,

        Defendants.

03-1666-cr(L)
03-1701-cr(Con)
04-0483-cr(Con)

Appellant, Curtis Mayo, moves, with the consent of the Government, to remand the case to the district court to determine whether to resentence appellant. However, prior to the filing of the remand motion, Richard S. Cramer, Esq., appellant's counsel, moved to withdraw, pursuant to *Anders v. California*, 386 U.S. 738 (1967), from representing the appellant in the above-captioned appeal, and the Government moved for summary affirmance. In light of the Supreme Court's decision in *United States v Booker*, ___U.S.___, 125 S. Ct. 738 (2005), and this Court's decision in *United States v Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion to remand is GRANTED and this case is remanded to the district court for further proceedings in conformity with *Crosby*. Counsel's *Anders* and the Government's summary affirmance motions are denied without prejudice to renewal.

Any appeal taken from the district court following this remand and re-sentencing, if it occurs,

ISSUED AS MANDATE: 10-13-05

can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4(b).

    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

SAO-ALM